44
(Rev. 12/96)

# ORIGINAL CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| EVA PEREZ | ALBERTSON'S, INC. |

Rct - 114181

B-00-140

United States District Court
Southern District of Texas
FILED

SEP 0 7 2000

Michael N. Milby
Clerk of Court

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   BEE | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ADA COUNTY, IDAHO |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| WILLIAM L. SCIBA, III<br>COLE, COLE & EASLEY, P.C.<br>302 W. FORREST<br>VICTORIA, TEXAS  77902-0510 (361) 575-0551 | MIRIAM O. VICTORIAN<br>THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.<br>418 EAST DOVE<br>MCALLEN, TEXAS  78504  (956) 630-3080 |

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY)

28 U.S.C. 1332 and 28 U.S.C. 1441(a)(b) and 1445(b)

This is a personal injury case in which Plaintiff is a resident of this state and Defendant is incorporated and has as its principle place of business another state.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 9/7/00 | Miriam O. Victorian |

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc

D-28906/3506          MOV:pdv          9/6/00

United States District Court
Southern District of Texas
FILED

SEP 0 7 2000

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EVA PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| ALBERTSON'S, INC. | § | |

### DEFENDANT ALBERTSON'S, INC.'S NOTICE OF REMOVAL

NOW COMES Defendant, **ALBERTSON'S, INC.,** and removes the above

action from the 103rd Judicial District, Cameron County, Texas, to the United

States District Court for the Southern District of Texas, Brownsville Division and

files this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446.

### FACTS

#### I.

On August 8, 1998, an action was commenced against Defendant,

Albertson's Inc., in the 103rd Judicial District, Cameron County, Texas styled *Eva*

*Perez vs. Albertson's, Inc.,* Cause No. **2000-08-3209-D.** The record reflects that

Plaintiffs have demanded a trial by jury.  Defendant has filed an answer.

#### II.

This notice is timely under 28 U.S.C. § 1446(b).  True and correct copies of

the following documents are attached hereto, pursuant to 28 U.S.C. §1446 (b):

(1)    All executed process in the case;

(2)     Pleadings asserting causes of action, e.g., petitions and answer to such pleadings;

(3)     A copy of the docket sheet;

(4)     An index of matters being filed;

(5)     A list of all counsel of record, including addresses, telephone numbers and parties represented.

## FEDERAL JURISDICTION
### Diversity

### III.

This case is a civil action of which this court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a)(b) and 1446(b).  This is a civil action in which Plaintiffs' state citizenship is different from Defendant.  Thus, there is complete diversity. Moreover, Plaintiff has claimed damages in excess of the jurisdictional limit of the Court.  Therefore, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

### A. PLAINTIFF'S CITIZENSHIP

Plaintiffs, were, at the time of this suit was filed, and still are citizens of the State of Texas.

### B. DEFENDANT'S CITIZENSHIP

1.     Albertson's Inc, is a corporation whose home office is Idaho. Albertson's home office at the time of this incident at the time suit was filed was Idaho.

Respectfully submitted:

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas 78504
(956) 630-3080 Telephone
(956) 630-0189 Facsimile


BY: _Miriam O. Victorian_
        MIRIAM O. VICTORIAN
        State Bar No. 20576700
        Federal I.D. No. 10469

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record, via certified mail, return receipt requested on September 7, 2000.

Mr. William Sciba, III
**COLE, COLE & EASLEY, P.C.**
302 W. Forrest
Victoria, Texas 77902-0510
(361) 575-0551
(361) 575-0986 (fax)


_Miriam O. Victorian_
**MIRIAM O. VICTORIAN**

D-28906/3506          MOV:pdv          9/6/00

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EVA PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| ALBERTSON'S, INC. | § | |

## INDEX OF MATTERS TO BE FILED

1.  *Civil Docket Sheet*

2.  *Plaintiffs' Original Petition*

3.  *Executed Citation: Albertson's, Inc.*

4.  *Defendant Albertson's, Inc..'s Original Answer*

5.  *Notice of Filing Removal*

6.  *List of all counsel of record and parties including their addresses*

CERTIFIED COPY

* * * * C L E R K ' S   E N T R I E S * * * *

PAGE: 01

2000-08-003209-D

00544501
WILLIAM SCIBA, III
P.O. DRAWER 510
VICTORIA , TEXAS          77902 0510

00018121
MIRIAM O. VICTORIAN
418 EAST DOVE
MCALLEN      TX          78504 0000

(02)   PERSONAL INJURY      08    04    00      30.00

COLE, COLE & EASLEY

08/04/00   ORIGINAL PETITION FILED
08/04/00   CITATION (CM): ALBERTSON'S INC.
08/04/00      SERVED: 08/10/00   FILED: 08/15/00
08/04/00   JURY FEE: Pd. by WILLIAM SCIBA, III
08/29/00   ORIGINAL ANSWER: ALBERTSON'S INC.

EZ

INC.

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DEPUTY

DISTRICT COURT ★ CAMERON COUNTY, TEXAS

08/15/00  TUE 10:48 FAX 208 395 6539        ALB'S RISK MGMT        +++ ORLANDO RISK        ☑005



CAUSE NO. 2000-08-3209

| EVA PEREZ | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| ALBERTSON'S, INC. | § | 103rd JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, EVA PEREZ, hereinafter called Plaintiff, complaining of ALBERTSON'S, INC., or in the alternative, the person or entity doing business as ALBERTSON'S at 2222 S. 77 Sunshine Strip, Harlingen, Texas 78550 on or about August 8, 1998, hereinafter called Defendant, and for cause of action would respectfully show the Court the following:

### I.

Discovery is intended to be conducted under Level II of the Texas Rule of Civil Procedure 190.

### II.

Plaintiff, EVA PEREZ, is a resident of Beeville, Bee County, Texas.

Defendant, ALBERTSON'S, INC., is a Delaware corporation doing business in the State of Texas and may be served with citation by serving its registered agent for service CT CORPORATION SYSTEM, 350 N. ST. PAUL STREET, DALLAS, TEXAS 75201.

### III.

Plaintiff brings this suit to recover for personal injuries sustained by Plaintiff as a result of a dangerous condition on the Defendants property.

G:\LIT.P\PEREZ\EVA\PETITION.OB1
871201

Case 1:00-cv-00140   Document 1   Filed in TXSD on 09/07/2000   Page 8 of 17

IV.

At the time and on the occasion in question on August 8, 2000 in Harlingen, Cameron County, Texas, Plaintiff was an invitee on the Defendants property. Defendant knew or should have known of the unreasonably dangerous condition and neither corrected nor warned the Plaintiff. Defendants failure to correct the condition or to warn the Plaintiff constitutes negligence, and such negligence was a proximate cause of the occurrence in question and the Plaintiff's resulting injuries.

V.

As result of the above described, the Plaintiff suffered severe personal injuries causing Plaintiff to sustain permanent bodily impairment, disfigurement, loss of earning capacity in the past, and a loss of earning capacity in the future. Plaintiff has experienced physical pain and mental anguish and will, in all reasonable probability, continue to do so in the future. Plaintiff has been caused to incur medical charges and expenses in the past and will continue to incur medical expenses in the future for Plaintiff's injuries.

VI.

By reason of the above and foregoing, Plaintiff has been damages in a sum in excess of the minimum jurisdictional limits of the Court.

WHEREFORE, Plaintiff prays that the Defendants be duly cited to appear and answer herein, that upon a final trial of this cause, Plaintiff will recover:

1.    Judgment against Defendants, jointly and severally for Plaintiff's damages as set forth above, in an amount in excess of the minimum jurisdictional limits of this Court;

2.    Interest on said judgment at the legal rate from date of judgment;

G:\JT P\PGREZ\EVA\PETITION.001
571201

Case 1:00-cv-00140   Document 1   Filed in TXSD on 09/07/2000   Page 9 of 17

3.     Pre-judgment interest as allowed by law;

4.     Costs of Court; and

5.     Such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

**COLE, COLE & EASLEY, P.C.**
302 W. Forrest
P.O. Drawer 510
Victoria, Texas 77902-0510
(361) 575-0551 - Telephone
(361) 575-0986 - Facsimile

BY: _____
WILLIAM L. SCIBA, III
State Bar No. 00792824

## PLAINTIFF RESPECTFULLY REQUESTS A TRIAL BY JURY

G__T P:\PEREZ\EVA\PETITION.001
8/__:__

Case 1:00-cv-00140  Document 1  Filed in TXSD on 09/07/2000  Page 10 of 17

Citation for Personal Service - __BY CERTIFIED MAIL__    Lit. Seq. # 5.002.01

No. __2000-08-003209-D__



### T H E   S T A T E   O F   T E X A S

   NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ALBERTSON'S INC.
   __BY SERVING IT'S REGISTERED__
   __AGENT C.T. CORPORATION__
   __350 N ST PAUL STREET__
   __DALLAS, TEXAS 75201__

the ____DEFENDANT____ , GREETING:

   You are commanded to appear by filing a written answer to the

__PLAINTIFF'S ORIGINAL PETITION__

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said ____PETITION____ was filed on __AUGUST 04, 2000__. A copy of same accompanies this citation.

The file number of said suit being No. __2000-08-003209-D__.

The style of the case is:

| ATTACH RETURN RECEIPTS WITH<br>ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.<br><br>Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.<br><br>NAME OF PREPARER          TITLE | I hereby certify that on the __4th__ of __AUGUST  2000__, I mailed to __ALBERTSON'S INC.__ by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.<br><br>CERTIFIED MAIL NO. ___22432211___<br>RETURN RECEIPT REQUESTED |

FILED ____4/4____O'CLOCK ____P____ M
AURORA DE LA GARZA DIST. CLERK

AUG 2 9 2000

JANIE WOLFE
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____DEPUTY

D-28906/3506          MOV:pdv          8/29/00

CAUSE NO. 2000-08-3209-A

| | | |
|---|---|---|
| EVA PEREZ | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 103rd JUDICIAL DISTRICT |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT ALBERTSON'S ORIGINAL ANSWER'S AFFIRMATIVE DEFENSES AND SPECIAL EXCEPTION TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ALBERTSON'S, Defendant, in the above-entitled and numbered cause of action, and files this its answer, affirmative defenses, and special exception to Plaintiff's Original Petition and for said answer, would show the Court as follows:

I.

### GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, this Defendant denies each and every material allegation of Plaintiff's Original Petition and demands that Plaintiff prove the same by a preponderance of the evidence, and in accordance with the Texas Rules of Civil Procedure and Texas law.

II.

### AFFIRMATIVE DEFENSES

Pleading in the alternative, this Defendant would show the Court that Plaintiff, suffered from pre-existing ailments, diseases, infirmities, medical, allergic,

Plaintiff, suffered from pre-existing ailments, diseases, infirmities, medical, allergic, mental and psychological conditions, impairments, genetic and familial traits, factors, anxieties and stresses; and that their injuries, disabilities, infirmities and problems, if any, were caused by said pre-existing conditions. Pleading in the alternative, Plaintiff's injuries, ailments, disabilities, and problems, if any, were only aggravated by the matters made the basis of this lawsuit.

### III.

### SPECIAL EXCEPTION

This Defendant specially excepts and objects to Paragraph VII of the Plaintiff's Original Petition because the Plaintiff alleges damages that are sustained within the jurisdictional limits of this Court, because Plaintiff does not specify the amount of such damages that are being sought. Without more specific pleading, Defendant is deprived of fair notice of the amount of damages, both actual and exemplary, for which it is being sued by Plaintiff. As such, the Defendant is not provided with fair notice of the claim against it in accordance with Rule 47 of the Texas Rules of Civil Procedure. In connection with this special exception, the Defendant requests that the Court enter an Order sustaining it and that the Plaintiff be ordered to replead her cause of action within a reasonable time and if Plaintiff fails to replead, that the allegations be stricken in their entirety.

WHEREFORE, PREMISES CONSIDERED, Defendant ALBERTSON'S respectfully prays that upon a final hearing hereof that Plaintiffs recover nothing of and from this Defendant and that the Court enter Judgment that the Defendant goes hence without day with all costs of Court, that this Defendant's Special

Exception be sustained and that the excepted portions of Plaintiffs' Petition be stricken, and for such other and further relief to which this Defendant might show herself justly entitled to receive.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080
(956) 630-0189 fax

BY: _____
        MIRIAM O. VICTORIAN
        State Bar 20576700

        ATTORNEY FOR DEFENDANT
        ALBERTSON'S, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record, via certified mail, return receipt requested on August 29, 2000.

Mr. William Sciba, III
**COLE, COLE & EASLEY, P.C.**
302 W. Forrest
Victoria, Texas 77902-0510
(361) 575-0551
(361) 575-0986 (fax)

_____
**MIRIAM O. VICTORIAN**

ClickPDF - www.texisi.com

D-28906/3506          MOV:pdv          8/29/00

## CAUSE NO. 2000-08-3209-A

| | | |
|---|---|---|
| EVA PEREZ | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 103rd JUDICIAL DISTRICT |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

### ORDER SETTING HEARING

BE IT REMEMBERED that the Court finds Defendant's Special Exceptions to be well-founded, and having been duly and properly filed and presented; and the Court being of the opinion that said motion should be set for hearing;

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that said motion be and is hereby set for hearing on the _____ day of _____, 2000, at _____ o'clock _.m. in the 103rd Judicial District, Cameron County, Texas.

_____

JUDGE   PRESIDING

cc:   Ms. Miriam O. Victorian, Thornton & Summers, 418 East Dove, McAllen, Texas 78504

Mr. William Sciba, III, Cole , Cole & Easley, P.C., 302 W. Forrest, Victoria, Texas 77902-0510



D-28906/3506          MOV:pdv          9/6/00

FILED 4:51 O'CLOCK _P_ M
AURORA DE LA GARZA DIST. CLERK

SEP 0 6 2000

DISTRICT COURT OF CAMERON COUNTY, TEXAS
                                    DEPUTY
JANIE WOLFE

CAUSE NO. 2000-08-3209-D

| | | |
|---|---|---|
| EVA PEREZ | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 103rd JUDICIAL DISTRICT |
| | § | |
| ALBERTSON'S, INC. | § | CAMERON COUNTY, TEXAS |

### DEFENDANT ALBERTSON'S, INC.'S
### NOTIFICATION OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given of removal, pursuant to 28 U.S.C.A. §1332 and 28 U.S.C.A. §1441 of the above-styled and numbered cause of action from the 103rd Judicial District, Cameron County, Texas to the United States District Court, Southern District of Texas, Brownsville Division, on this 6th day of September, 2000.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas 78504
(956) 630-3080
(956) 630-0189 fax

BY: _Miriam O. Victoria_
MIRIAM O. VICTORIAN
State Bar 20576700

ATTORNEY FOR DEFENDANT
ALBERTSON'S, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record, via certified mail, return receipt requested on September 6, 2000.

Mr. William Sciba, III
**COLE, COLE & EASLEY, P.C.**
302 W. Forrest
Victoria, Texas 77902-0510
(361) 575-0551
(361) 575-0986 (fax)

**MIRIAM O. VICTORIAN**

D-28906/3506        MOV:pdv        9/6/00

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **EVA PEREZ** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** |
| | § | |
| **ALBERTSON'S, INC.** | § | |

## LIST OF ALL COUNSEL OF RECORD AND PARTIES

**Plaintiff:**

Eva Perez

**Plaintiff's Attorney:**

Mr. William Sciba, III
**COLE, COLE & EASLEY, P.C.**
302 W. Forrest
Victoria, Texas 77902-0510
(361) 575-0551
(361) 575-0986 (fax)
State Bar No: 00792824

**Defendant:**

ALBERTSON'S, INC.

**Attorney For Defendant:**

Ms. Miriam O. Victorian
**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas  78504
(956) 630-3080 Telephone
(956) 630-0189 Facsimile
State Bar No. 20576700
Federal I.D. No: 10469