3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 2 2 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Perez, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-140 |
| Albertsons, Inc., | § § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED that on September 22, 2000 the Court **STRUCK** the letter filed by counsel for the Defendant on September 21, 2000 for failure to comply with the Local Rules for the Southern District of Texas and this Court's Chamber Rules. The letter does not comply with the following procedural rules:

(1) Substantive issues are not to be addressed in letter form because they are not docketed or included in the appellate record [Chamber Rule 1(E)(1)];

(2) "Papers are filed by delivery of the original to the clerk, not to the judge [LR5.1];

(3) "Papers must have at the end a certificated reflecting how and when service has been made or why service is not required [LR5.4];

(4) Counsel must include the following under their signature:

    (a) designation "attorney-in-charge,"

    (b) state bar number,

    (c) Southern District of Texas bar number,

    (d) office address including zip code, and

    (e) telephone and facsimile numbers with area codes [LR11.3.A].

1

This Court strictly enforces all applicable procedural rules, and future papers, motions, or pleadings will be stricken if they are not in compliance. If counsel does not have a copy of the Local Rules for the Southern District of Texas and this Court's Chamber Rules, she can obtain them from the Clerk's Office.

DONE at Brownsville, Texas, this 22nd day of September 2000.

_____
Hilda G. Tagle
United States District Judge

2