4

**ORIGINAL**

D-28906/3506   MOV:pdv   9/25/00

United States District Court
Southern District of Texas
FILED

SEP 2 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EVA PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-140 |
| | § | |
| ALBERTSON'S, INC. | § | |

**DEFENDANT ALBERTSON'S, INC.'S DESIGNATION OF INTERESTED PARTIES**

NOW COMES Defendant, **ALBERTSON'S, INC.**, in the above-styled case and files this its designation of Interested Parties pursuant to the Court's order as follows:

Albertson's is a wholly owned corporation. It is has no parent or subsidiary corporations.

There are no other interested parties other than Albertson's in this case from the Defendant's prospective.

Respectfully submitted:
**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
418 East Dove
McAllen, Texas 78504
(956) 630-3080 Telephone
(956) 630-0189 Facsimile

BY: _Miriam D. Victoria_
MIRIAM O. VICTORIAN
State Bar No. 20576700
Federal I.D. No. 10469

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record, via certified mail, return receipt requested on September 25, 2000.

Mr. William Sciba, III
**COLE, COLE & EASLEY, P.C.**
302 W. Forrest
Victoria, Texas 77902-0510
(361) 575-0551
(361) 575-0986 (fax)

*Miriam O. Victorian*
_____
**MIRIAM O. VICTORIAN**