IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION



United States District Court
Southern District of Texas
FILED

OCT 1 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EVA PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-140 |
| | § | (JURY DEMANDED) |
| ALBERTSON'S, INC. | § | |

### CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff EVA PEREZ and files her Certificate of Interested Parties in the captioned matter.

I.

The following persons and entities are financially interested in the outcome of this litigation:

EVA PEREZ, Individually

ALBERTSON'S, INC.

COLE, COLE & EASLEY, P.C.

Respectfully submitted,

COLE, COLE & EASLEY, P.C.

By: _____
Will Sciba
State Bar No.: 00792824
Federal I. D. No.: 19044
Attorney for Plaintiff

G:\LIT P\PEREZ\EVA\1CERTINT.PAR
970903

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing instrument was mailed to all counsel of record by Certified Mail Return Receipt Requested in accordance with the applicable Federal Rules of Civil Procedure on this the 5th day of October, 2000.

Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.
418 East Dove
McAllen, Texas 78504
Attorneys for Defendant