

United States District Court
Southern District of Texas
FILED

NOV 1 3 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| EVA PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-140 |
| | § | (JURY DEMANDED) |
| ALBERTSON'S, INC. | § | |

## UNOPPOSED MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, EVA PEREZ and moves the court for order remanding this cause to the 103rd Judicial District Court of Cameron County, Texas, the court from which it was removed.

I.

Plaintiff is entitled to a remand of this action. Removal was improper because the matter in controversy does not exceed $75,000.00, exclusive of interest and costs. The matter involves a claim for injuries sustained as a result of a slip and fall. Plaintiff admits that the maximum damages that could be awarded on this claim do not exceed $75,000.00. (See affidavit of Will Sciba attached hereto as Exhibit "A").

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the case be remanded to the 103rd Judicial District Court of Cameron County, Texas

G \LIT P\PEREZ\EVA\REMAND 001
970903

Respectfully submitted,

**COLE, COLE & EASLEY, P.C.**
P.O. Drawer 510
Victoria, Texas 77902
Tel (361) 575-0551
Fax (361) 575-0986

By: _____
Will Sciba
State Bar No.: 00792824
Federal I. D. No.: 19044
Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

I hereby certify I have conferred with opposing counsel regarding the filing of this motion and she is unopposed.

_____
Will Sciba

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing instrument was mailed to all counsel of record by Certified Mail Return Receipt Requested in accordance with the applicable Federal Rules of Civil Procedure on this the 6th day of November, 2000.

Miriam O. Victorian
THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.
418 East Dove
McAllen, Texas 78504
Attorneys for Defendant

_____
Will Sciba

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| EVA PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-140 |
| | § | (JURY DEMANDED) |
| ALBERTSON'S, INC. | § | |

### AFFIDAVIT OF WILL SCIBA

| | |
|---|---|
| COUNTY OF VICTORIA | § |
| | § |
| STATE OF TEXAS | § |

BEFORE ME, the undersigned authority, personally appeared Will Sciba, who, being by me duly sworn, deposed as follows:

"My name is Will Sciba. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. I am the attorney of record for Eva Perez.

The matter in controversy does not exceed the amount of $75,000.00 exclusive of the interest and cost. Plaintiff will not seek a judgment in excess of that amount.

Further Affiant sayeth not."

_____
Affiant

Sworn to and subscribed before me the 6th day of November, 2000.

_____
NOTARY PUBLIC, STATE OF TEXAS

LORI REYNA
MY COMMISSION EXPIRES
February 21, 2003

G:\LIT P\PEREZ\EVA\REMAND.001
970903

3