```
                                          United States District Court
                                          Southern District of Texas
                                                  ENTERED
       IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS      NOV 21 2000
                VICTORIA DIVISION
                                          Michael N. Milby, Clerk of Court
                                          By Deputy Clerk_____
```

| | | |
|---|---|---|
| EVA PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-140 |
| | § | (JURY DEMANDED) |
| ALBERTSON'S, INC. | § | |

## REMAND ORDER

This Motion of Plaintiff to remand this action to the 103rd Judicial District Court of Cameron County, Texas was submitted for decision on _November 20, 2000_. The court has considered the papers submitted in supports of and in opposition to the motion, the authorities cited by the parties, and the arguments of counsel. It appears to the court that the procedure employed to remove this action was defective in that the matter in controversy does not exceed $75,000.00.

IT IS ORDERED that the plaintiff's motion is hereby GRANTED, and this cause is REMANDED to the 103rd Judicial District Court of Cameron County, Texas. The Clerk of this court is directed to prepare a certified copy of this Order and mail it to the Clerk of the 103rd Judicial District Court of Cameron County, Texas.

IT IS FURTHER ORDERED that Plaintiff have and recover costs and disbursements in this court against Defendant, Albertson's, Inc. Incurred in connection with removal of this action.

Dated: _November 20, 2000_

_____
UNITED STATES DISTRICT JUDGE

G:\LIT P\PEREZ\EVA\REMAND 001
970903

7